# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jason E. Martin<br>&<br>Jennifer L. Martin, aka Jennifer Luanne Martin, dba Martin's Tax Service<br><br>**Debtors** | BK NO. 17-00274 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC, and index same on the master mailing list.

    Respectfully submitted,

**/s/James C Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734
Attorney for Movant/Applicant