In re:                                                          Case No. 17-00274-RNO
Jason E. Martin                                                 Chapter 13
Jennifer L. Martin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: karendavi        Page 1 of 1        Date Rcvd: Mar 03, 2017
                           Form ID: ntnew341       Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2017.
```
db/jdb        +Jason E. Martin,    Jennifer L. Martin,    1943 Criders Church Road,
                Chambersburg, PA 17202-8054
4876841        American Express,    P.O. Box 1270,   Newark, NJ 07101-1270
4876842        American Express,    c/o Nationwide Credit, Inc.,    P.O. Box 26314,
                Lehigh Valley, PA 18002-6314
4876843        Bank of America,    P.O. Box 15019,   Wilmington, DE 19886-5019
4876844        Capital One,    P.O. Box 71083,   Charlotte, NC 28272-1083
4876845       +Chase Bank USA,    c/o MRS BPO, LLC,    1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
4877750       +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,   Omaha, NE 68197-0002
4885248       +M&T Bank,    PO Box 1508,   Buffalo, NY 14240-1508
4876849        Nationstar Mortgage,    P.O. Box 619094,    Dallas, TX 75261-9094
4876850        Paypal Credit,    P.O. Box 105658,   Atlanta, GA 30348-5658
4876851        Susquehanna Bank,    P.O. Box 790408,    Saint Louis, MO 63179-0408
4876852        Target,    P.O. Box 660170,   Dallas, TX 75266-0170
4876853       +United Collection Bureau,    P.O. Box 1418,   Maumee, OH 43537-8418
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4876840        E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2017 19:06:01      Amazon,   P.O. Box 960013,
                Orlando, FL 32896-0013
4876846       +E-mail/Text: RMOpsSupport@alorica.com Mar 03 2017 18:58:39      First National Bank of Omaha,
                c/o Global Receivables Solutions,    7171 Mercy Road,   Omaha, NE 68106-2620
4876847        E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2017 19:00:41      Lowe's/Synchrony Bank,
                P.O. Box 530914,   Atlanta, GA 30353-0914
4876848        E-mail/Text: camanagement@mtb.com Mar 03 2017 18:58:29      M & T Bank,   P.O. Box 62014,
                Baltimore, MD 21264-2014
4876854        E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2017 19:00:41      Walmart/Synchrony Bank,
                P.O. Box 530927,   Atlanta, GA 30353-0927
                                                                              TOTAL: 5
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              James Warmbrodt   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William C Cramer   on behalf of Joint Debtor Jennifer L. Martin williamcramer@embarqmail.com
              William C Cramer   on behalf of Debtor Jason E. Martin williamcramer@embarqmail.com
                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Jason E. Martin | Chapter | 13 |
| Jennifer L. Martin | | |
| aka Jennifer Luanne Martin, dba Martin's Tax Service | Case No. | 1:17−bk−00274−RNO |
| Debtor(s) | | |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: April 13, 2017<br><br>Time: 11:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: karendavis |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 3, 2017 |