```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                          Case No. 17-00274-RNO
Jason E. Martin                                                 Chapter 13
Jennifer L. Martin
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1        User: karendavi          Page 1 of 1          Date Rcvd: Apr 19, 2017
                            Form ID: ntcnfhrg        Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2017.
db/jdb         +Jason E. Martin,   Jennifer L. Martin,   1943 Criders Church Road,
                 Chambersburg, PA 17202-8054
4876841         American Express,   P.O. Box 1270,   Newark, NJ 07101-1270
4876842         American Express,   c/o Nationwide Credit, Inc.,   P.O. Box 26314,
                 Lehigh Valley, PA 18002-6314
4876843         Bank of America,   P.O. Box 15019,   Wilmington, DE 19886-5019
4876844         Capital One,   P.O. Box 71083,   Charlotte, NC 28272-1083
4876845        +Chase Bank USA,   c/o MRS BPO, LLC,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
4877750        +First National Bank of Omaha,   1620 Dodge St., Stop Code 3105,   Omaha, NE 68197-0002
4885248        +M&T Bank,   PO Box 1508,   Buffalo, NY 14240-1508
4876849         Nationstar Mortgage,   P.O. Box 619094,   Dallas, TX 75261-9094
4876850         Paypal Credit,   P.O. Box 105658,   Atlanta, GA 30348-5658
4876851         Susquehanna Bank,   P.O. Box 790408,   Saint Louis, MO 63179-0408
4876852         Target,   P.O. Box 660170,   Dallas, TX 75266-0170
4876853        +United Collection Bureau,   P.O. Box 1418,   Maumee, OH 43537-8418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4876840         E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2017 19:19:20     Amazon,   P.O. Box 960013,
                 Orlando, FL 32896-0013
4904656        +E-mail/Text: bncmail@w-legal.com Apr 19 2017 19:23:47      COMENITY CAPITAL BANK,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
4876846        +E-mail/Text: RMOpsSupport@alorica.com Apr 19 2017 19:23:48     First National Bank of Omaha,
                 c/o Global Receivables Solutions,   7171 Mercy Road,   Omaha, NE 68106-2620
4897760         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 19 2017 19:19:49
                 LVNV Funding, LLC its successors and assigns as,   assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
4876847         E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2017 19:19:43     Lowe's/Synchrony Bank,
                 P.O. Box 530914,   Atlanta, GA 30353-0914
4876848         E-mail/Text: camanagement@mtb.com Apr 19 2017 19:23:18     M & T Bank,   P.O. Box 62014,
                 Baltimore, MD 21264-2014
4904657        +E-mail/Text: bncmail@w-legal.com Apr 19 2017 19:23:47      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
4876854         E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2017 19:19:43     Walmart/Synchrony Bank,
                 P.O. Box 530927,   Atlanta, GA 30353-0927
                                                                                             TOTAL: 8

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
          William C Cramer   on behalf of Joint Debtor Jennifer L. Martin williamcramer@embarqmail.com
          William C Cramer   on behalf of Debtor Jason E. Martin williamcramer@embarqmail.com
                                                                                             TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Jason E. Martin  
Jennifer L. Martin  
aka Jennifer Luanne Martin, dba Martin's Tax Service

Chapter 13

Case No. 1:17−bk−00274−RNO

Debtor(s)

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **May 19, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: May 24, 2017 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: karendavis |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 19, 2017 |