# WILLIAM C. CRAMER
ATTORNEY AT LAW
220 LINCOLN WAY EAST
CHAMBERSBURG, PENNSYLVANIA 17201

TELEPHONE 717
264-3711

FAX 717-264-0554

September 25, 2018

Terrence S. Miller
Clerk of the U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street, Room 320
Harrisburg, PA 17101-1737

      Re:  Jason E. and Jennifer L. Martin
            Case No. 1:17-bk-00274

Dear Mr. Miller:

    Please be advised that I have moved my office location to 220 Lincoln Way East, Chambersburg, PA 17201. Also, my email address has changed to attorneycramer@williamcramer.com.

    Please make the appropriate changes to the docket entries regarding the above referenced case.

    Should you have any questions or desire additional information, please contact me at your earliest convenience. I remain,

                              Very truly yours,

                              William C. Cramer

WCC:skr