IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

SUBSTITUTION OF APPEARANCE BY
ANDREW M. LUBIN, ESQUIRE, IN VARIOUS
OPEN CASES AND ENTRY OF APPEARANCE
OF LORRAINE GAZZARA DOYLE, ESQUIRE
IN VARIOUS OPEN CASES

## PRAECIPE TO SUBSTITUTE APPEARANCE

Kindly withdraw the appearance of Andrew M. Lubin, Esquire, and substitute the appearance of Lorraine Gazzara Doyle, Esquire, in the cases listed in Exhibit A hereto.

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC

Lorraine Gazzara Doyle, Esquire
Attorney ID No. 34576
1 East Stow Road
Marlton, NJ 08053
Telephone: (856) 482-1400
Email: ldoyle@milsteadlaw.com

Andrew M. Lubin, Esquire  1/7/22
Attorney ID No. 54297
McCabe, Weisberg & Conway, LLC
216 Haddon Ave.
Suite 201
Westmont, NJ 08108
Telephone: (856) 858-7080
Email: ALubin@mwc-law.com

# Exhibit A

# Open Cases for Attorney : Andrew Lubin ( 462345 )

| Case ID | Case Number | Date Filed | Party Name | Party ID |
|---|---|---|---|---|
| 246292 | 1:16-bk-01880-HWV | 04/29/2016 | Nationstar Mortgage LLC d/b/a Mr. Cooper | 512974 |
| 246852 | 5:16-bk-02417-MJC | 06/08/2016 | Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006 HE8 | 510065 |
| 246852 | 5:16-bk-02417-MJC | 06/08/2016 | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company | 468372 |
| 247923 | 1:16-bk-03441-HWV | 08/18/2016 | Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes | 507836 |
| 248600 | 1:16-bk-04091-HWV | 09/30/2016 | Nationstar Mortgage LLC D/B/A Mr. Cooper | 529140 |
| 249063 | 1:16-bk-04522-HWV | 11/02/2016 | Nationstar Mortgage, LLC d/b/a Mr. Cooper | 533901 |
| 249520 | 1:16-bk-04961-HWV | 12/06/2016 | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-2 | 531310 |
| 249916 | 5:17-bk-00083-MJC | 01/11/2017 | Carrington Mortgage Services, LLC | 484282 |
| 250039 | 1:17-bk-00203-HWV | 01/20/2017 | U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR17 | 515370 |
| 250115 | 1:17-bk-00274-HWV | 01/27/2017 | NATIONSTAR MORTGAGE LLC | 471531 |
| 250115 | 1:17-bk-00274-HWV | 01/27/2017 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER | 533465 |
| 251218 | 5:17-bk-01337-HWV | 03/31/2017 | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 | 553080 |
| 251218 | 5:17-bk-01337-HWV | 03/31/2017 | SELECT PORTFOLIO SERVICING, INC. | 467669 |

| | | | | |
|---|---|---|---|---|
| 251693 | 1:17-bk-01791-HWV | 04/28/2017 | CSMC 2018-RPL2 Trust | 524399 |
| 251693 | 1:17-bk-01791-HWV | 04/28/2017 | DLJ Mortgage Capital, Inc. | 560390 |
| 251691 | 1:17-bk-01789-HWV | 04/28/2017 | Nationstar Mortgage LLC d/b/a Mr. Cooper | 512974 |
| 252106 | 5:17-bk-02181-MJC | 05/25/2017 | Village Capital & Investment, LLC | 487136 |
| 252142 | 1:17-bk-02214-HWV | 05/26/2017 | Nationstar Mortgage LLC d/b/a Mr. Cooper | 512974 |
| 253002 | 1:17-bk-03031-HWV | 07/24/2017 | Deutsche Bank National Trust, Company, as Trustee for the holders of HSI Asset Securitization Corporation Trust 2007-HE1 | 525504 |
| 253017 | 1:17-bk-03046-HWV | 07/25/2017 | Select Portfolio Servicing, Inc. | 349330 |
| 253385 | 1:17-bk-03385-HWV | 08/15/2017 | U.S. Bank NA, successor trustee to Bank of America, NA | 463251 |
| 253677 | 5:17-bk-03669-MJC | 09/06/2017 | U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-6, Mortgage-Backed Notes, Series 2017-6 | 531387 |
| 253903 | 1:17-bk-03882-HWV | 09/20/2017 | The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif | 540169 |
| 253903 | 1:17-bk-03882-HWV | 09/20/2017 | The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif | 532845 |
| 254354 | 1:17-bk-04321-HWV | 10/17/2017 | Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW2 | 527619 |
| 254572 | 5:17-bk-04532-MJC | 10/31/2017 | Selene Finance LP | 487841 |
| 255083 | 1:17-bk-05022-HWV | 12/05/2017 | Nationstar Mortgage LLC d/b/a Mr. Cooper | 512974 |

| | | | | |
|---|---|---|---|---|
| 255177 | 5:17-bk-05114-MJC | 12/13/2017 | U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE10 | 529264 |
| 255415 | 1:18-bk-00037-HWV | 01/05/2018 | Carrington Mortgage Services, LLC | 484282 |
| 255992 | 1:18-bk-00595-HWV | 02/15/2018 | The Bank of New York Mellon as Trustee | 559785 |
| 255992 | 1:18-bk-00595-HWV | 02/15/2018 | Select Portfolio Servicing, Inc., as servicing agent for The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-4 | 528036 |
| 256269 | 1:18-bk-00868-HWV | 03/02/2018 | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company | 468372 |
| 256269 | 1:18-bk-00868-HWV | 03/02/2018 | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan Trust 2006-2, Mortgage Pass-Through Certificates, Series 2006-2 | 532668 |
| 256711 | 1:18-bk-01297-HWV | 03/29/2018 | CSMC 2018-SP3 Trust | 530260 |
| 256923 | 1:18-bk-01500-HWV | 04/11/2018 | Nationstar Mortgage LLC d/b/a Mr. Cooper | 521322 |
| 257672 | 5:18-bk-02220-MJC | 05/30/2018 | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company | 468372 |
| 257672 | 5:18-bk-02220-MJC | 05/30/2018 | Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2007-1 Asset Backed Notes | 536115 |
| 258771 | 5:18-bk-03279-MJC | 08/03/2018 | Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1 | 498013 |
| 259052 | 5:18-bk-03554-MJC | 08/27/2018 | Nationstar Mortgage LLC d/b/a Mr. Cooper | 547501 |
| 259444 | 1:18-bk-03935-HWV | 09/20/2018 | Bank of America, N.A. | 419280 |
| 259557 | 5:18-bk-04040-MJC | 09/26/2018 | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee | 468021 |
| 259557 | 5:18-bk-04040-MJC | 09/26/2018 | Deutsche Bank National Trust Company, As Trustee | 417892 |

| 259846 | 1:18-bk-04316-HWV | 10/11/2018 | Nationstar Mortgage LLC d/b/a Mr. Cooper | 528342 |
|---|---|---|---|---|
| 259906 | 5:18-bk-04374-HWV | 10/15/2018 | Metropolitan Life Insurance Company | 54475 |
| 259906 | 5:18-bk-04374-HWV | 10/15/2018 | Nationstar Mortgage LLC d/b/a Mr. Cooper | 518831 |
| 260671 | 5:18-bk-05104-MJC | 12/04/2018 | Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-WCW1 | 521292 |
| 260745 | 5:18-bk-05177-MJC | 12/10/2018 | BANK OF AMERICA, N.A. | 476294 |
| 260955 | 1:18-bk-05376-HWV | 12/27/2018 | Nationstar Mortgage LLC d/b/a Mr. Cooper | 521321 |
| 260973 | 5:18-bk-05394-MJC | 12/28/2018 | U.S. Bank National Association, as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust, Series MO 2006-HE6, Asset Backed Pass-Through Certificates, Series MO 2006-HE6 | 532199 |
| 261039 | 1:19-bk-00016-HWV | 01/03/2019 | Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage investors Trust Mortgage Loan Asset-Backed certificates, Series 2007-MLN1 | 533608 |
| 261055 | 1:19-bk-00031-HWV | 01/04/2019 | Select Portfolio Servicing, Inc. | 349330 |
| 261106 | 1:19-bk-00079-HWV | 01/08/2019 | Chimera REO 2018-NR1 LLC | 536323 |
| 261106 | 1:19-bk-00079-HWV | 01/08/2019 | U.S. BANK NATIONAL ASSOCIATION | 517105 |
| 261464 | 5:19-bk-00425-MJC | 01/31/2019 | Chimera REO 2018-NR1 LLC | 536323 |
| 261464 | 5:19-bk-00425-MJC | 01/31/2019 | Chimera REO 2018-NR1 LLC | 536331 |
| 261618 | 5:19-bk-00577-MJC | 02/09/2019 | New Residential Mortgage Loan Trust 2014-3 | 532932 |
| 262654 | 1:19-bk-01571-HWV | 04/15/2019 | Grand Avenue Mortgage Loan Trust 2017-RPL1 | 520338 |

| 262719 | 5:19-bk-01633-MJC | 04/18/2019 | Bank of America, N.A. | 469163 |
|---|---|---|---|---|
| 262970 | 5:19-bk-01880-MJC | 05/01/2019 | Nationstar Mortgage LLC d/b/a Mr. Cooper | 535918 |
| 263051 | 5:19-bk-01952-MJC | 05/06/2019 | Nationstar Mortgage LLC d/b/a Mr. Cooper | 521322 |
| 263510 | 1:19-bk-02400-HWV | 06/03/2019 | Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-WCW2 | 539770 |
| 263510 | 1:19-bk-02400-HWV | 06/03/2019 | WELLS FARGO BANK, NATIONAL ASSOCIATION Et.Al | 538036 |
| 263510 | 1:19-bk-02400-HWV | 06/03/2019 | Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, N.A. | 543064 |
| 263543 | 1:19-bk-02433-HWV | 06/04/2019 | Nationstar Mortgage LLC d/b/a Mr. Cooper | 525865 |
| 263582 | 1:19-bk-02472-HWV | 06/06/2019 | The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11 | 550139 |
| 263620 | 5:19-bk-02508-MJC | 06/09/2019 | Select Portfolio Servicing | 453319 |
| 263620 | 5:19-bk-02508-MJC | 06/09/2019 | Select Portfolio Servicing, Inc. | 349330 |
| 264285 | 1:19-bk-03157-HWV | 07/24/2019 | Bank of America, N.A. | 487468 |
| 264382 | 5:19-bk-03250-MJC | 07/29/2019 | THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2004-BC1 | 540100 |
| 264376 | 1:19-bk-03244-HWV | 07/29/2019 | Select Portfolio Servicing, Inc. as servicing agent for OneMain Financial Services, Inc. | 550113 |
| 264658 | 5:19-bk-03517-MJC | 08/19/2019 | Bank of America, N.A. | 468108 |
| 264679 | 5:19-bk-03538-MJC | 08/20/2019 | U.S. Bank, National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-3 | 552102 |
| 265087 | 5:19-bk-03942-MJC | 09/16/2019 | Bayview Loan Servicing, LLC | 494555 |

| | | | | |
|---|---|---|---|---|
| 265305 | 5:19-bk-04158-MJC | 09/27/2019 | U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM TRUST 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1 | 547629 |
| 265776 | 1:19-bk-04604-HWV | 10/28/2019 | LNV Corporation | 460840 |
| 265947 | 1:19-bk-04771-HWV | 11/07/2019 | U.S. Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, N.A. (formerly known as First Union National Bank), as Trustee for Long Beach Mortgage Loan Trust 2002-2 | 552870 |
| 266186 | 1:19-bk-05004-HWV | 11/22/2019 | Select Portfolio Servicing, Inc. | 349330 |
| 266299 | 1:19-bk-05115-HWV | 12/02/2019 | The Bank of New York Mellon, as indenture trustee, on behalf of the holders of the CSMC Trust 2010-16 MortgageBacked Notes and Certificates, Series 2010-16 | 549196 |
| 266299 | 1:19-bk-05115-HWV | 12/02/2019 | Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon | 531962 |
| 266824 | 5:20-bk-00099-MJC | 01/09/2020 | U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE10, Asset-Backed Certificates Series 2006-HE10 | 554142 |
| 266824 | 5:20-bk-00099-MJC | 01/09/2020 | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as trustee | 485850 |
| 266911 | 5:20-bk-00184-MJC | 01/17/2020 | Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon | 531962 |
| 266912 | 5:20-bk-00185-MJC | 01/18/2020 | Bank of America, N.A. | 425851 |
| 266912 | 5:20-bk-00185-MJC | 01/18/2020 | Specialized Loan Servicing LLC | 553656 |
| 266912 | 5:20-bk-00185-MJC | 01/18/2020 | Specialized Loan Servicing, LLC | 426013 |
| 267127 | 1:20-bk-00390-HWV | 02/04/2020 | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee | 468021 |
| 267127 | 1:20-bk-00390-HWV | 02/04/2020 | Deutsche Bank National Trust Company | 548710 |
| 267216 | 5:20-bk-00478-MJC | 02/10/2020 | Goldman Sachs Mortgage Company | 465533 |

| | | | | |
|---|---|---|---|---|
| 267401 | 1:20-bk-00657-HWV | 02/24/2020 | Bank of America, N.A. | 469163 |
| 267512 | 1:20-bk-00764-HWV | 02/28/2020 | FAIRWAY INDEPENDENT MORTGAGE CORPORATION | 548151 |
| 267711 | 1:20-bk-00962-HWV | 03/12/2020 | UMB Bank, National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust 2018-3 | 556171 |
| 267711 | 1:20-bk-00962-HWV | 03/12/2020 | Select Portfolio Servicing, Inc. as servicing agent for BRAVO Residential Funding Trust 2021-B | 557488 |
| 267815 | 4:20-bk-01063-MJC | 03/18/2020 | BAYVIEW LOAN SERVICING, LLC | 454644 |
| 267815 | 4:20-bk-01063-MJC | 03/18/2020 | COMMUNITY LOAN SERVICING, LLC | 552941 |
| 267908 | 5:20-bk-01152-MJC | 03/27/2020 | Bayview Loan Servicing, LLC, a Delaware Limited Liability Company | 499954 |
| 268363 | 5:20-bk-01591-MJC | 05/21/2020 | Towd Point Mortgage Trust 2017-FRE2, U.S. Bank National Association, as Indenture Trustee | 531541 |
| 268659 | 4:20-bk-01872-MJC | 06/18/2020 | Bayview Loan Servicing, LLC, a Delaware Limited Liability Company | 528540 |
| 268659 | 4:20-bk-01872-MJC | 06/18/2020 | Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC | 554322 |
| 268659 | 4:20-bk-01872-MJC | 06/18/2020 | Community Loan Servicing, LLC | 553088 |
| 269026 | 1:20-bk-02228-HWV | 07/24/2020 | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-4 | 551253 |
| 269479 | 1:20-bk-02670-HWV | 09/09/2020 | Goldman Sachs Mortgage Company | 465533 |
| 270003 | 5:20-bk-03182-MJC | 10/30/2020 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER | 533465 |
| 270665 | 1:21-bk-00159-HWV | 01/26/2021 | Select Portfolio Servicing, Inc. | 349330 |
| 271055 | 5:21-bk-00541-MJC | 03/19/2021 | BANK OF AMERICA, N.A. | 513940 |

| 271121 | 5:21-ap-00012-MJC | 03/24/2021 | Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC | 557852 |
|---|---|---|---|---|
| 271171 | 1:21-bk-00654-HWV | 03/28/2021 | Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC | 557852 |
| 271171 | 1:21-bk-00654-HWV | 03/28/2021 | Community Loan Servicing, LLC, a Delaware Limited Liability Company | 556715 |
| 271199 | 1:21-bk-00682-HWV | 03/30/2021 | Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as indenture Trustee | 546988 |
| 271402 | 5:21-bk-00882-MJC | 04/21/2021 | Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon | 531962 |
| 271402 | 5:21-bk-00882-MJC | 04/21/2021 | The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2007-2 | 545990 |
| 272029 | 1:21-bk-01491-HWV | 06/30/2021 | Fairway Independent Mortgage Corporation | 506180 |
| 272128 | 1:21-bk-01583-HWV | 07/15/2021 | Federal Home Loan Mortgage Corporation, as Trustee | 559003 |
| 272374 | 1:21-bk-01826-HWV | 08/19/2021 | The Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the CWABS, Inc., Asset-Backed Certificates, Series 2004-1 | |