United States Bankruptcy Court
Middle District of Pennsylvania

In re:                              Case No. 17-00274-HWV
Jason E. Martin                    Chapter 13
Jennifer L. Martin
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                 User: AutoDocke                 Page 1 of 2
Date Rcvd: May 03, 2022            Form ID: fnldec                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2022:**

**Recip ID**          **Recipient Name and Address**
db/jdb              + Jason E. Martin, Jennifer L. Martin, 1943 Criders Church Road, Chambersburg, PA 17202-8054

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2022                Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| Lorraine Gazzara Doyle | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ldoyle@milsteadlaw.com Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Lorraine Gazzara Doyle | on behalf of Creditor NATIONSTAR MORTGAGE LLC ldoyle@milsteadlaw.com Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |

| | |
|---|---|
| Rebecca Ann Solarz | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William C Cramer | on behalf of Debtor 2 Jennifer L. Martin attorneycramer@williamcramer.com |
| William C Cramer | on behalf of Debtor 1 Jason E. Martin attorneycramer@williamcramer.com |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jason E. Martin, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:17−bk−00274−HWV |
| Jennifer L. Martin,<br>aka Jennifer Luanne Martin, dba Martin's Tax Service, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−4974    xxx−xx−9626

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: May 3, 2022

**fnldec** (01/22)