| Fill in this information to identify the Fill in this information to identify the case: |
|---|
| Debtor 1  Jason E. Martin |
| Debtor 2  Jennifer L. Martin aka Jennifer Luanne Martin, dba Martin's Tax Service |
| Debtor 2 |
| United States Bankruptcy Court for the MIDDLE District of Pennsylvania |
| Case number  17-00274 HWV |

Official Form 410S1

# Notice of Mortgage Payment Change         12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 9821

**Date of payment change:**
Must be at least 21 days after date of this notice        02/01/2022

**New total payment:**        $1166.15
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $313.60        New escrow payment: $306.03

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %        New interest rate: _____ %

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.

Official Form 410S1        **Notice of Mortgage Payment Change**        page 1

Case 1:17-bk-00274-HWV   Doc   Filed 01/03/22   Entered 01/03/22 10:28:33   Desc
Document ID: 65ad1bac63bfab3419acdbb11acaaf17bc0f2353fa93fcf00235536fa9e68e7c  Main Document   Page 1 of 3

(*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 2

Case 1:17-bk-00274-HWV    Doc    Filed 01/03/22    Entered 01/03/22 10:28:33    Desc
Document ID: 65ad1bac63bfab3419acdbb11acaaf17bc0f2353fa93fcf00235536faaec6a7c
Main Document    Page 2 of 3

Debtor(s)  <u>Jason E. Martin, Jennifer L. Martin</u>   Case number *(if known)* <u>17-00274 HWV</u>
             First Name     Middle Name     Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Rebecca Solarz*           Date    12/15/2021
   Signature
**Print:** Rebecca Solarz
     15 Dec 2021, 12:06:41, EST

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>    <u>Market Street, Suite 5000</u>
         Number      Street
        Philadelphia,                PA    19106
         City                       State    ZIP Code

Contact phone (215) 627–1322      Email <u>bkgroup@kmllawgroup.com</u>

Official Form 410S1                  **Notice of Mortgage Payment Change**                 page 3

Case 1:17-bk-00274-HWV    Doc    Filed 01/03/22    Entered 01/03/22 10:28:33    Desc
Document ID: 65ad1bac63bfab3419acdbb11acaaf17bc0f2353fa93fcf00235536fa4ec6e7c    Main Document     Page 3 of 3