IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jason E. Martin<br>Jennifer L. Martin aka Jennifer Luanne Martin, dba Martin's Tax Service<br>    Debtor(s)<br><br>NATIONSTAR MORTGAGE LLC<br>D/B/A MR. COOPER<br>    Movant<br><br>vs.<br><br>Jason E. Martin<br>Jennifer L. Martin aka Jennifer Luanne Martin, dba Martin's Tax Service<br>    Debtor(s)<br><br>Jack N. Zaharopoulos,<br>    Trustee | BK NO. 17-00274 HWV<br><br>Chapter 13<br><br>Related to Claim No. 11 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 03, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Jason E. Martin
1943 Criders Church Road
Chambersburg, PA 17202

Jennifer L. Martin aka Jennifer Luanne Martin,
dba Martin's Tax Service
1943 Criders Church Road
Chambersburg, PA 17202

Attorney for Debtor(s)
William C. Cramer, Esq.
220 Lincoln Way East
Chambersburg, PA 17201

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: January 03, 2022

                                                                  **/s/Rebecca A. Solarz Esquire**
                                                                  Rebecca A. Solarz Esquire
                                                                  KML Law Group, P.C.
                                                                  BNY Mellon Independence Center
                                                                  701 Market Street, Suite 5000
                                                                  Philadelphia, PA 19106
                                                                  215-825-6327
                                                                  rsolarz@kmllawgroup.com